MORRIS L. HORWITZ
CHAPTER 7 TRUSTEE IN BANKRUPTCY
1321 Millersport Highway, Suite 101
Williamsville, New York 14221
(716) 838-4300 (Erie)
(716) 693-4529 (Niagara)

August 2, 2010

*# 11090383*
*$1,423.11*
*pd 8/9/10 cg*

Office of the United States Trustee
42 Delaware Avenue, Suite 100
Buffalo, New York 14202
Attention: Anne Quinn

Clerk of the Bankruptcy Court
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: ARBOR DIRECT, LLC.

The dividend check(s) listed below have not been negotiated. Consequently, enclosed please find my check as trustee payable to the Clerk in the aggregate amount of said check(s).

Claim No. 5
Issued: 2/22/2010
Amount: $1,423.11
Payee: Sawmill Publishing Company
PO Box 1149
Bangor, Maine 04402-1149

More than ninety days have elapsed since the issuance of said check(s).

Very truly yours,

MORRIS L. HORWITZ
Chapter 7 Trustee

MLH/tim

FILED
AUG - 9 2010
BANKRUPTCY COURT
BUFFALO, NY